UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DUESHAVANA ROBINSON,

    Plaintiff,

       v.                                                    Civil Action No. 25-30187-MGM

NICKEISHA SAMANTHA JONES, et al.,

    Defendants.

ORDER
July 24, 2026

MASTROIANNI, U.S.D.J.

On June 12, 2026, the court allowed plaintiff Dueshavana Robinson's ("Plaintiff")

Application to Proceed in District Court Without Prepaying Fees or Costs. (Dkt. No. 4.) The court

informed Plaintiff that to proceed with this action, she must, on or before July 12, 2026, file an

amended complaint that sets forth a basis for this court's jurisdiction and states a plausible claim

upon which relief may be granted. (*Id.*) The court further informed Plaintiff that failure to comply

with its order on or before July 12, 2026, will result in dismissal of this action. (*Id.*)

Plaintiff has not, to date, responded to the court's order and the time to do so has expired.

This court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute her

action and comply with the court's orders. *See Santos v. Dep't of Educ. of Com. of Puerto Rico*, 108 F.

App'x 638, 640 (1st Cir. 2004) (District courts have "the power to act *sua sponte* to dismiss a suit

for failure to prosecute."); *Cintron-Lorenzo v. Departamento de Asuntos del Consumidor*, 312 F.3d 522,

525-26 (1st Cir. 2002) ("A district court, as part of its inherent power to manage its own docket,

may dismiss a case *sua sponte* for any of the reasons prescribed in Fed. R. Civ. P. 41(b).")

Dismissal is warranted here. Plaintiff's failure to respond to the court's order indicates that she no longer wishes to pursue this case. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter a separate order of dismissal.

It is So Ordered.

 /s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge